# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                         Case No.: 1:25−cv−04811
                                         Honorable Sharon Johnson Coleman

State of Illinois, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The parties' joint motion to set a briefing schedule is granted [22]. Defendants' combined motion to dismiss and opposition to Plaintiffs' motion for preliminary injunction shall be filed by 6/23/2025. Plaintiff's combined reply in support of their motion for preliminary injunction and opposition to Defendants' motion to dismiss shall be filed by 7/14/2025. Defendants' reply in support of their motion to dismiss shall be filed by 8/4/2025. The Court will take both motions under advisement once they are fully briefed. The in−person presentment of Plaintiff's preliminary injunction set for 5/28/2025 at 10:00am is stricken. The in−person status hearing set for 7/2/2025 at 10:15am is also stricken. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.