## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                Case No.: 1:25−cv−04811

                                Honorable Sharon Johnson Coleman

State of Illinois, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court has determined that a further oral argument date is not necessary, therefore the continued oral argument set for 8/20/2025 is stricken. The Court takes plaintiff's motion for entry of a preliminary injunction [18] and defendants' motion to dismiss [25] under advisement and will issue a ruling within the next 10 business days. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.