ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

United States of America,

Plaintiffs,

v.

State of Illinois et al,

Defendant.

Case No. 25 cv 4811
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)    .

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) State of Illinois, Attorney General Kwame Raoul, Illinois Department of Labor, Director Jane R. Flanagan,
and against plaintiff(s) United States of America.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on motion to dismiss.

Date: 8/19/2025

Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk